UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ --x
MARCO ORTIZ, MARCO NANEZ and MANUEL
ESCOBAR, on behalf themselves and other persons
similarly situated,

                              Plaintiffs,

                                                                                               08-cv-5003 (DAB)

        -against-

TIME MOVING & STORAGE INC.,

                              Defendant.
------------------------------------------------------------ --x

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendant Time Moving & Storage Inc.

Dated:  New York, New York
        June 6, 2008

                                        CLIFTON BUDD & DeMARIA, LLP

                                        By:__s/_____
                                                Arthur J. Robb (AR 9446)
                                                *Attorneys for Defendant*
                                                420 Lexington Avenue
                                                New York, NY 10170
                                                (212) 687-7410