UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- --x
MARCO ORTIZ, MARCO NANEZ and MANUEL
ESCOBAR, on behalf themselves and other persons
similarly situated,

                              Plaintiffs,

                                                    08-cv-5003 (DAB)

                -against-

TIME MOVING & STORAGE INC.,

                              Defendant.
-------------------------------------------------------------- --x

## NOTICE OF RELATED CASE

        PLEASE TAKE NOTICE, pursuant to Local Rule 1.6(a) of the United
States District Court for the Southern District of New York, that the above-captioned
proceeding, *Ortiz, et al. v. Time Moving & Storage, Inc.*, 08-cv-5003, is related to *Perez
et al. v. Time Moving & Storage, Inc.*, 08-cv-2775, currently pending before the
Honorable Colleen McMahon.

        Both cases are putative class/collective actions alleging unpaid overtime
under the Fair Labor Standards Act and the New York Labor Law.  The putative
class/collective in these cases is nearly identical.  The cases therefore involve exactly the
same questions of law and fact.  Defendants are represented by the same counsel in both
cases.  Defendant believes that this case should be assigned to Judge McMahon in order
to avoid conflicting results, to conserve judicial resources and to promote an efficient
determination of the actions.

Dated: New York, New York
        June 6, 2008

                        CLIFTON BUDD & DeMARIA, LLP

                        By:__s/_____
                                Arthur J. Robb (AR 9446)
                                *Attorneys for Defendant*
                                420 Lexington Avenue
                                New York, NY 10170
                                (212) 687-7410