UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARCO ORTIZ, MARCO NANEZ and MANUEL
ESCOBAR, on behalf themselves and other persons
similarly situated,

                              Plaintiffs,

                                                                         08-cv-5003 (DAB)

       -against-

TIME MOVING & STORAGE INC.,

                              Defendant.
-----------------------------------------------------------------x

### DEFENDANT'S RULE 7.1 DISCLOSURE

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant certifies that there are no corporate parents, subsidiaries or affiliates of defendant that are publicly held.

Dated:  New York, New York
          June 23, 2008

                                                          CLIFTON BUDD & DeMARIA, LLP

                                                          By:__s/_____
                                                             Arthur J. Robb (AR 9446)
                                                             *Attorneys for Defendants*
                                                            420 Lexington Avenue
                                                           New York, NY 10170
                                                          (212) 687-7410